■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RONALD WEINBERG, Appellant. [624 NYS2d 887] —Appeal by the defendant, as limited by his motion, from an amended sentence of the Supreme Court, Kings County (Moskowitz, J.), imposed March 31, 1993, which, after a hearing upon remittitur, fixed the amount of restitution.

Ordered that the amended sentence is affirmed *(see, People v Weinberg,* 213 AD2d 506 [decided herewith]). Mangano, P. J., Bracken, Sullivan, Ritter and Copertino, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICHARD WHITE, Appellant. [624 NYS2d 903] —Appeal by the defendant from a judgment of the County Court, Nassau County (Baker, J.), rendered October 28, 1993, convicting him of robbery in the first degree (two counts), upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We reject the defendant's contentions that the court improvidently exercised its discretion in denying his request for an adjournment of sentencing or erred in denying his motion to withdraw his plea of guilty without conducting a hearing *(see,* CPL 380.30 [4]; 220.60 [3]; *People v Frederick,* 45 NY2d 520; *People v Sanchez,* 175 AD2d 817; *People v Howard,* 138 AD2d 525). Sullivan, J. P., Miller, Copertino, Joy and Friedmann, JJ., concur.